

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00185-CR

JESUS RAMIREZROSALES, Appellant

§ On Appeal from the 396th District Court

§ of Tarrant County (1798140)

V.

§ August 1, 2024

§ Memorandum Opinion by Justice Birdwell

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell